**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEMONICA R. LEE, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 26-CV-0839** |
| | : | |
| NORTHAMPTON COUNTY | : | |
| CHILDREN AND YOUTH | : | |
| SERVICES, *et al.*, | : | |
|     Defendants. | : | |

## <u>ORDER</u>

AND NOW, this 7th day of May 2026, upon consideration of Plaintiff Demonica R. Lee's Motion to Proceed *In Forma Pauperis* (ECF No. 8), Motion for Extension of Time (ECF No. 9), *pro se* Amended Complaint (ECF No. 7), and Amendments (ECF No. 6), it is **ORDERED** that:

1. The Motion to Proceed *In Forma Pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Motion for Extension of Time is **DENIED** as **MOOT**.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ John M. Gallagher*
_____
**JOHN M. GALLAGHER, J.**